UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Pabla Bros., Inc. ,<br>        Debtor | Chapter: 7<br>Case No: 23–10465<br>Judge Janet E. Bostwick |

**ORDER DISCHARGING TRUSTEE
AND CLOSING CASE**

It is hereby **ORDERED** that Mark G. DeGiacomo, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:9/29/23                                                                                 By the Court,

                                                                                             Janet E. Bostwick
                                                                                             U.S. Bankruptcy Judge